USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLIFFORD L. GELMAN, M.D.,

        Petitioner,

v.

THOMAS JOSEPH BORRUSO.,

        Respondent.

No. 19-CV-10649 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On November 18, 2019, Petitioner filed a complaint seeking confirmation of an arbitration award. Petitioner has not yet docketed an affidavit of service.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioner shall file and serve any additional materials with which he intends to support his petition for confirmation by December 6, 2019. Respondent's opposition, if any, is due on January 3, 2020. Petitioner's reply, if any, is due on January 10, 2020.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:   November 21, 2019
          New York, New York

                                         Ronnie Abrams
                                         United States District Judge