**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CLIFFORD L. GELMAN, M.D.,

                Petitioner,                19**CIVIL**10649(RA)

      -against-                       **JUDGMENT**

THOMAS JOSEPH BORRUSO.,

                Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 23, 2020, the petition to confirm the arbitration award is granted; judgment is entered in the amount of $250,000 plus interest calculated at a rate of 6.33% per annum from the date of the award, April 16, 2019, through the date judgment is entered in this action, in the amount of $20,160.62, in addition to $10,000 in attorneys' fees awarded during the arbitration proceeding; accordingly, this case is closed.

**Dated**: New York, New York
       July 24, 2020

                                            _____RUBY J. KRAJICK_____

                                              **Clerk of Court**
                         BY:
                                            **Deputy Clerk**